# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2036
Lower Tribunal No. 13-13171
_____

## Importadora y Comercializadora Terranova Ltda., etc.,
Appellant,

vs.

## Gunther Ball Weber, etc., et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Waserstein & Nunez, PLLC, and Carlos Nunez-Vivas and Catherine Shannon Christie, for appellant.

Fowler White Burnett, P.A., and June G. Hoffman (Fort Lauderdale), for appellees.

Before LOGUE, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed. See Lamoise Group, LLC v. Edgewater S. Beach Condo.

Ass'n, Inc., 278 So. 3d 796, 799 (Fla. 3d DCA 2019) ("[A] judgment is void .

. . if, in the proceedings leading up to the judgment, there is a violation of the due process guarantee of notice and an opportunity to be heard."); Int'l Energy Corp. v. Hackett, 687 So. 2d 941, 943 (Fla. 3d DCA 1997) ("Even if the Uniform Order had specifically listed default as a possible sanction for noncompliance, notice and opportunity to be heard must still be given to the defending party for a determination of whether the noncompliance was willful or in bad faith.").